# EXHIBIT ONE



Home  /  Search  /  Detail Record View

| Keyword | tetris effect |

Advanced Search

Share

# Detail Record View
## Registration record TX0008324212
Copyright Catalog

◀ Previous     Next ▶

**The Tetris Effect.**                Share     Actions ˅

| | |
|---|---|
| **Registration Number / Date** | TX0008324212    /  2016-09-26 |
| **Type of Work** | Text |
| **Title** | The Tetris Effect. |
| **Application Title** | The Tetris Effect. |
| **Date of Creation** | 2016 |
| **Date of Publication** | 2016-08-16 |
| **Copyright Claimant** | Dan Ackerman. Address: c/o Perseus Books, LLC, 44 Farnsworth Street, 3rd Floor, Boston, MA, 02210, United States. |
| **Authorship on Application** | Dan Ackerman; Domicile: United |

Case 1:23-cv-06952-KPF   Document 1-1   Filed 08/07/23   Page 3 of 4

|  |  |
|---|---|
|  | States; Citizenship: United States. Authorship: text. |
| **Rights and Permissions** | Gabriella Frick, Hachette Book Group, 53 State Street, 9th Floor, Boston, MA, 02109, United States,  |
| **ISBN** | 9781610396110 |
| **Description** | Book, 264 p. |
| **Copyright Note** | C.O. correspondence. |
| **Nation of First Publication** | United States |
| **Names** | Ackerman, Dan |

◀ Previous    Next ▶

## Menu

Home
Recent Records
Recent Searches
Name Directory
Help

## Resources

Request Copies
Get a Search Estimate
FAQs

## Contact

Contact Us

Feedback

## U.S. Copyright Office

101 Independence Ave S.E.
Washington, D.C. 20559-6000
(202) 707-3000 or
1 (877) 476-0788 (toll free)

**DISCLAIMER** The Copyright Public Records System (CPRS) pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records (Circular 18).

U.S. Copyright office | Library Of Congress | Congress.gov | USA.gov | FOIA | Legal | Privacy Policy