IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DANIEL ACKERMAN,

        Plaintiff,

                                  Case No. 1:23-cv-06952-KPF

     - against -

                            **STIPULATION AND PROPOSED**
NOAH PINK, APPLE INC.,               **ORDER TO AMEND CASE CAPTION**
ACCESS INDUSTRIES, INC.,
AI PRODUCTIONS LTD.,
MARV STUDIOS LTD.,
FB COMMISSIONING LTD.,
MAYA ROGERS, TETRIS HOLDING, LLC ,

        Defendants.
------------------------------------------------------------------------X

     WHEREAS Plaintiff filed a Complaint on August 7, 2023;

     WHEREAS Plaintiff named Tetris Holding, LLC as a defendant in the case caption and corresponding summons;

     WHEREAS counsel for Tetris Holding, LLC has advised that the proper named entity is The Tetris Company and not Tetris Holding, LLC;

     WHEREAS counsel for The Tetris Company has agreed to stipulate to amending the case caption to reflect the proper entity The Tetris Company and to remove Tetris Holding LLC;

     **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and Defendant

that the caption in this matter be amended as follows for all purposes in this case **from:**

------------------------------------------------------------------------X
DANIEL ACKERMAN,

        Plaintiff,

                                    Case No. 1:23-cv-06952-KPF

     - against -

NOAH PINK, APPLE INC.,
ACCESS INDUSTRIES, INC.,
AI PRODUCTIONS LTD.,
MARV STUDIOS LTD.,

1

FB COMMISSIONING LTD.,
MAYA ROGERS, TETRIS HOLDING, LLC ,

        Defendants.
-----------------------------------------------------------------------X

**TO:**

-----------------------------------------------------------------------X

DANIEL ACKERMAN,

        Plaintiff,

        - against -

NOAH PINK, APPLE INC.,
ACCESS INDUSTRIES, INC.,
AI PRODUCTIONS LTD.,
MARV STUDIOS LTD.,
FB COMMISSIONING LTD.,
MAYA ROGERS, THE TETRIS COMPANY,

        Defendants.
-----------------------------------------------------------------------X

Case No. 1:23-cv-06952-KPF

      This Stipulation may be signed in counterparts, and scanned, facsimile or photocopy signatures

shall be deemed originals.

New York, New York
November 29, 2023

THE LANDAU GROUP, PC            LOEB & LOEB LLP

By:  */s/ Zachary R. Landau*         By:
    Zachary R. Landau               Tal Dickstein
    45  Rockefeller Plaza            345 Park Avenue
    Suite 2000                    New York, New York 10154
    New York, NY   10111           Telephone: (212) 407-4963
    Telephone: (212) 537-4025      *Attorneys for Defendant*
    *Attorneys for Plaintiff*

**SO ORDERED.**

2

**DATED:**

_____
Hon. Katherine Polk Failla
UNITED STATES DISTRICT COURT JUDGE