IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DANIEL ACKERMAN,

        Plaintiff,

        - against -

NOAH PINK, APPLE INC.,
ACCESS INDUSTRIES, INC.,
AI PRODUCTIONS LTD.,
MARV STUDIOS LTD.,
FB COMMISSIONING LTD.,
MAYA ROGERS, TETRIS HOLDING, LLC ,

        Defendants.
------------------------------------------------------------------------X

Case No. 1:23-cv-06952-KPF

**STIPULATION AND PROPOSED ORDER TO AMEND CASE CAPTION**

        WHEREAS Plaintiff filed a Complaint on August 7, 2023;

        WHEREAS Plaintiff named Tetris Holding, LLC as a defendant in the case caption and corresponding summons;

        WHEREAS counsel for Tetris Holding, LLC has advised that the proper named entity is The Tetris Company and not Tetris Holding, LLC;

        WHEREAS counsel for The Tetris Company has agreed to stipulate to amending the case caption to reflect the proper entity The Tetris Company and to remove Tetris Holding LLC;

        **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and Defendant that the caption in this matter be amended as follows for all purposes in this case **from:**

------------------------------------------------------------------------X
DANIEL ACKERMAN,

        Plaintiff,

        - against -

NOAH PINK, APPLE INC.,
ACCESS INDUSTRIES, INC.,
AI PRODUCTIONS LTD.,
MARV STUDIOS LTD.,

Case No. 1:23-cv-06952-KPF

FB COMMISSIONING LTD.,
MAYA ROGERS, TETRIS HOLDING, LLC ,

       Defendants.
------------------------------------------------------------------------X

**TO:**

------------------------------------------------------------------------X

DANIEL ACKERMAN,

       Plaintiff,

   - against -

NOAH PINK, APPLE INC.,
ACCESS INDUSTRIES, INC.,
AI PRODUCTIONS LTD.,
MARV STUDIOS LTD.,
FB COMMISSIONING LTD.,
MAYA ROGERS, THE TETRIS COMPANY,

       Defendants.
------------------------------------------------------------------------X

Case No. 1:23-cv-06952-KPF

    This Stipulation may be signed in counterparts, and scanned, facsimile or photocopy signatures shall be deemed originals.

New York, New York
November 29, 2023

| THE LANDAU GROUP, PC | LOEB & LOEB LLP |
|---|---|
| By: */s/ Zachary R. Landau*<br>Zachary R. Landau<br>45 Rockefeller Plaza<br>Suite 2000<br>New York, NY   10111<br>Telephone: (212) 537-4025<br>*Attorneys for Plaintiff* | By: */s/ Tal Dickstein*<br>Tal Dickstein<br>345 Park Avenue<br>New York, New York 10154<br>Telephone: (212) 407-4963<br>*Attorneys for Defendant* |

**SO ORDERED.**

2

**DATED:**

_____
Hon. Katherine Polk Failla
UNITED STATES DISTRICT COURT JUDGE
