**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DANIEL ACKERMAN,

                         Plaintiffs,

-against-                              23 **CIVIL** 6952 (KPF)

## JUDGMENT

NOAH PINK; APPLE INC.; ACCESS INDUSTRIES, INC.; A.I. FILM PRODUCTION LIMITED; MARV STUDIOS LTD.; MAYA ROGERS; FB COMMISSIONING LTD.; and THE TETRIS COMPANY

                       Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 6, 2025, Defendants' motion to dismiss is GRANTED in full; accordingly, the case is closed.

**Dated:** New York, New York

       March 6, 2025

                                                         **TAMMI M. HELLWIG**
                                                         _____
                                                             **Clerk of Court**

                     **BY:**           *K. Mango*
                                                            _____
                                                             **Deputy Clerk**