

Kevin Landau, Esq.
kevin@thelandaugroup.com

March 26, 2024

**VIA ELECTRONIC FILING**
Honorable Katherine Polk Failla
United States District Court, Southern District of New York
40 Foley Square, Courtroom 618
New York, NY 10007



*Re: Ackerman v. Pink, et. al., Case No. 23-cv-06952-KPF; Request for Extension file Motion for Reconsideration*

Dear Judge Failla,

This law firm represents the Plaintiff Dan Ackerman in this matter and writes the Court (on consent from Defendants) to request a 30-day extension for Plaintiff to file a Motion for Reconsideration or to alter or amend the judgment pursuant to FRCP 59(2)(e).

As the Court is aware, it issued a lengthy decision on Defendants Motion to Dismiss granting said motion and dismissing Mr. Ackerman's case. Plaintiff and his attorneys are reviewing the Court's decision and are in the process of determining next steps.

Pursuant Rule 2(C)(i) of Judge Failla's Individual Rules and Practices, the date that Plaintiff's motion would be due is April 4, 2025. Plaintiff has not made a previous request seeking an extension to file a motion for reconsideration of the Court's judgment. Further, Defendants consent to the request.

Plaintiff thanks the Court for its time and consideration.

        Very truly yours,

    **THE LANDAU GROUP, PC**

    /s/ Kevin A. Landau
    _____
      Kevin A. Landau, Esq.
    *Attorneys for Daniel Ackerman*

Application GRANTED.  Plaintiff's deadline to file a motion for reconsideration is extended to on or before **May 5, 2025.**

The Clerk of Court is directed to terminate the pending motion at docket entry 63.

Dated:     March 26, 2025              SO ORDERED.
           New York, New York

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE