IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

DANIEL ACKERMAN,

         Plaintiff,

-against-

NOAH PINK, APPLE INC.,
ACCESS INDUSTRIES, INC.,
AI PRODUCTIONS LTD.,
MARV STUDIOS LTD.,
FB COMMISSIONING LTD.,
MAYA ROGERS, THE TETRIS
COMPANY, INC.,

         Defendants.

-----------------------------------------------------------X

Case No. 23-cv-06952-KPF

Hon. Katherine Polk Failla

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Daniel Ackerman and Defendants Noah Pink, Apple Inc., Access Industries, Inc., A.I. Film Production Limited (incorrectly sued as AI Productions Ltd.), Marv Studios Limited, FB Commissioning Limited, Maya Rogers, and The Tetris Company, Inc., hereby stipulate that this action be and hereby is dismissed in its entirety and with prejudice, with each party bearing its or his own fees and costs.

Dated: New York, New York
       May 8, 2025

| LOEB & LOEB LLP | THE LANDAU GROUP, PC |
|---|---|
| *[signature]* | *[signature]* Zachary Landau (May 8, 2025 12:14 EDT) |
| Tal E. Dickstein | Zachary Landau |
| tdickstein@loeb.com | zach@thelandaugroup.com |
| 345 Park Avenue | 45 Rockefeller Plaza, Ste. 20000 |
| New York, NY 10154 | New York, NY 10111 |
| Telephone: 212.407.4000 | Telephone: 212.537.4025 |
| *Attorneys for Defendants Noah Pink, Apple Inc., Access Industries, Inc., A.I. Film Production Limited (incorrectly sued as AI* | *Attorneys for Plaintiff Daniel Ackerman* |

*Productions Ltd.), Marv Studios Limited,*
*FB Commissioning Limited, Maya Rogers,*
*and The Tetris Company, Inc.*